ROBYN B. SOKOL - Bar No. 159506
DENNETTE A. MULVANEY - Bar No. 133423
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 S. Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000; Facsimile: (626) 795-6321
E-mail: *rsokol@leechtishman.com*
     *dmulvaney@leechtishman.com*

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ABBEY SLOTKIN,<br><br>   Debtor.<br><br>―――――――――――――<br><br>ELISSA D. MILLER, CHAPTER 7 TRUSTEE,<br><br>   Plaintiff,<br><br>v.<br><br>MAVERICK M. BAILEY aka MAVERICK MCFLY BAILEY and KAT MOSS<br><br>   Defendants. | Case No. 2:20-bk-12042-BB<br><br>Adv. Case No. 2:22-ap-01145-BB<br><br>Chapter 7<br><br>**PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSRY PROCEEDING [LBR-7004-1], COMPLAINT FOR: (1) DECLARATORY RELIEF; (2) BREACH OF WRITTEN CONTRACT; (3) TURNOVER OF ESTATE ASSETS; (4) INJUNCTIVE RELIEF; (5) KNOWING VIOLATION OF THE AUTOMATIC STAY; ADVERSARY COVER SHEET, [BLANK] FORM 7016.1 STATUS REPORT**<br><br>Date: September 27, 2022<br>Time: 2:00 p.m.<br>Ctrm: 1539<br>   United States Bankruptcy Court<br>   255 E. Temple Street<br>   Los Angeles, CA 90012 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **200 S. Los Robles Avenue, Suite 300, Pasadena, CA 91101.**

A true and correct copy of the foregoing document entitled: **PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSRY PROCEEDING [LBR-7004-1], COMPLAINT FOR: (1) DECLARATORY RELIEF; (2) BREACH OF WRITTEN CONTRACT; (3) TURNOVER OF ESTATE ASSETS; (4) INJUNCTIVE RELIEF; (5) KNOWING VIOLATION OF THE AUTOMATIC STAY; ADVERSARY COVER SHEET, [BLANK] FORM 7016.1 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
   - **Robyn B Sokol**   rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;kgutierrez@leechtishman.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **July 22, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Maverick Bailey
Kat Moss
23033 Sherman Way, Unit 4581
West Hills, CA 9130-7033.

Maverick Bailey
Kat Moss
22940 Erwin Street
Woodland Hills, CA 93167

Maverick M. Bailey
Kat Moss
23055 Sherman Way, #4451
West Hills, CA 91308

Aram Kuredjian, Esq.
ESTELLE & KENNEDY
A Professional Law Corporation
606 S. Olive St., Ste. 1140
Los Angeles, CA 90014

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(date)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 18, 2022 | Lydia Moya | /s/ *Lydia Moya* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
4887-5318-1994, v. 1

**F 9013-3.1.PROOF.SERVICE**