| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| ROBYN B. SOKOL - Bar No. 159506<br>DENNETTE A. MULVANEY - Bar No. 133423<br>LEECH TISHMAN FUSCALDO & LAMPL, INC.<br>200 S. Los Robles Avenue, Suite 300<br>Pasadena, California 91101<br>Telephone: (626) 796-4000; Facsimile: (626) 795-6321<br>Email: rsokol@leechtishman.com<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* Elissa D. Miller, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MARK ABBEY SLOTKIN,<br><br><br>Debtor(s). | CASE NUMBER: 2:20-bk-12042-BB<br>ADVERSARY NUMBER: 2:22-ap-01145-BB<br>CHAPTER: 7 |
|---|---|
| ELISSA D. MILLER, CHAPTER 7 TRUSTEE<br><br>Plaintiff(s),<br>vs.<br>MAVERICK M. BAILEY aka MAVERICK MCFLY BAILEY and KAT MOSS<br><br><br>Defendant(s). | **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br>DATE: 12/06/2022<br>TIME: 2:00 pm<br>COURTROOM: 1539<br>ADDRESS: |

**TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:**

1. Name of Defendant(s) against whom default judgment is sought (*specify name*): Maverick M. Bailey aka Maverick McFly Bailey

2. Plaintiff filed the complaint in the above-captioned proceeding on (*specify date*): 07/14/2022

3. The Summons and Complaint were served on Defendant by ☐ personal service ☒ mail service on the following date (*specify date*): 07/22/2022

4. A true and correct copy of the completed return of summons form is attached.

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code. "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 1    F 7055-1.2.DEFAULT.JMT.MOTION

5. The time for filing an answer or other response expired on (*specify date*): 08/17/2022

6. No answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. ☐ Has not yet been entered, but is requested
   b. ☒ Was entered on (*specify date*): 09/13/2022

8. **A Status Conference:**
   a. ☒ Is scheduled for (*specify date, time, and place*): December 6, 2022 at 2:00 p.m.
   b. ☒ Was held on (*specify date, time, and place*): September 27, 2022 at 2:00 p.m.

9. As proof that Plaintiff is entitled to the relief requested in the complaint, Plaintiff:
   a. ☒ Relies on the complaint and attached documents.
   b. ☒ Attaches the following documents to establish a *prima facie* case:
      (1) ☒ Declaration of (*specify*): Robyn B. Sokol
      (2) ☒ Declaration of (*specify*): Elissa D. Miller
      (3) ☐ Other (*specify*): _____

10. As further support for entry of a default judgment, Plaintiff submits a memorandum of points and authorities (optional).

11. **DECLARATION OF NON-MILITARY STATUS** (Servicemembers Civil Relief Act, 50 U.S.C. chapter 50 (§§ 3901-4043)). The undersigned party or counsel declares under penalty of perjury, with respect to each Defendant against whom a default judgment is sought by this motion:

   a. ☒ Defendant is not currently in military service. The facts that support this statement are as follows (*see the court's website for information about how to verify non-military status*):

   On November 10, 2022, I conducted a search on the Servicemembers Civil Relief Act website for Defendant Maverick M. Bailey to determine military status and determined he is not currently in military service.

   b. ☐ Defendant is currently in military service. The facts that support this statement are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the requirements in 50 U.S.C. § 3931(b)(2) to appoint an attorney for the Defendant before entering a judgment*):

   c. ☐ I am unable to determine whether or not Defendant is in military service. The facts that support this statement are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the bond requirement in 50 U.S.C. § 3931(b)(3)*):

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 7055-1.2.DEFAULT.JMT.MOTION**

12. Defaulting party is not an infant or incompetent party.

Plaintiff requests that this court enter a default judgment in favor of Plaintiff. A copy of the lodged proposed default judgment is attached.

Date: 11/14/2022

Respectfully submitted,

Leech Tishman Fuscaldo & Lampl, Inc.
Printed name of law firm

/s/ Robyn B. Sokol
Signature

Robyn B. Sokol
Name of Attorney for Plaintiff or Plaintiff

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                    Page 3                    F 7055-1.2.DEFAULT.JMT.MOTION

ROBYN B. SOKOL - Bar No. 159506
DENNETTE A. MULVANEY - Bar No. 133423
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 S. Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000; Facsimile: (626) 795-6321
E-mail: *rsokol@leechtishman.com*
　　　　*dmulvaney@leechtishman.com*

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ABBEY SLOTKIN,<br><br>Debtor.<br><br>―――――――――――――――――<br><br>ELISSA D. MILLER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MAVERICK M. BAILEY aka MAVERICK MCFLY BAILEY and KAT MOSS<br><br>Defendants. | Case No. 2:20-bk-12042-BB<br><br>Adv. Case No. 2:22-ap-01145-BB<br><br>**Chapter 7**<br><br>**[PROPOSED] DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 7055-1**<br><br>Date: December 6, 2022<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>　　　　United States Bankruptcy Court<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

The Court, having considered the *Motion for Default Judgment Under Local Bankruptcy Rule 7055-1* ("Motion"), *Memorandum Of Points And Authorities In Support Of Plaintiff's Motion For Default Judgment Under Local Bankruptcy Rule 7055-1* ("Memorandum"), *Declaration Of Elissa D. Miller In Support Of Plaintiff's Motion For Default Judgment Under Local Bankruptcy Rule 7055-1*, and *Declaration Of Robyn B. Sokol In Support Of Plaintiff's Motion For Default Judgment Under Local Bankruptcy Rule 7055-1*, and all files and records in this case and it appearing that Defendant Maverick M. Bailey aka Maverick McFly Bailey ("Bailey") was properly

served with the summons and complaint herein, and that the Motion, Memorandum and all supporting declarations were properly served upon Bailey, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted in its entirety;

2. Judgment shall be entered against Defendant Maverick Bailey aka Maverick McFly Bailey in the amount of $125,162.66 plus interest at the federal judgment rate;

3. Plaintiff, shall recover from Defendant Maverick Bailey aka Maverick McFly Bailey the sum of $125,152.66 plus interest at the federal judgment rate;

4. Defendant Maverick Bailey aka Maverick McFly Bailey and his successors-in-interest, agents, servants and employees and all persons acting under or in concert with him are enjoined from entering the Premises, leasing, subleasing and taking any actions against the Premises.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **200 S. Los Robles Avenue, Suite 300, Pasadena, CA 91101.**

A true and correct copy of the foregoing document entitled: **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Robyn B Sokol**   rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;kgutierrez@leechtishman.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 15, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Aram Kuredjian, Esq.
ESTELLE & KENNEDY
A Professional Law Corporation
606 S. Olive St., Ste. 1140
Los Angeles, CA 90014

Maverick Bailey
Kat Moss
22940 Erwin Street
Woodland Hills, CA 93167

Maverick M. Bailey
Kat Moss
23055 Sherman Way, #4551
West Hills, CA 91308

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(date)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2022 | Lydia Moya | /s/ *Lydia Moya* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
4887-5318-1994, v. 1

**F 9013-3.1.PROOF.SERVICE**