ROBYN B. SOKOL - Bar No. 159506
DENNETTE A. MULVANEY - Bar No. 133423
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 S. Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000; Facsimile: (626) 795-6321
E-mail: *rsokol@leechtishman.com*
   *dmulvaney@leechtishman.com*

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | **Case No. 2:20-bk-12042-BB** |
| MARK ABBEY SLOTKIN, | **Adv. Case No. 2:22-ap-01145-BB** |
| Debtor. | |
| | **Chapter 7** |
| ELISSA D. MILLER, CHAPTER 7 TRUSTEE, | **DECLARATION OF ROBYN B. SOKOL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 7055-1** |
| Plaintiff, | |
| v. | Date: December 6, 2022 |
| MAVERICK M. BAILEY aka MAVERICK MCFLY BAILEY and KAT MOSS | Time: 2:00 p.m.<br>Place: Courtroom 1539<br>   United States Bankruptcy Court<br>   255 E. Temple Street<br>   Los Angeles, CA 90012 |
| Defendants. | |

   I, Robyn B. Sokol, declare as follows:

   1.  I am an attorney in good standing duly authorized to practice before this Court and all courts of the State of California.  I am an attorney with the law firm of Leech Tishman Fuscaldo & Lampl, Inc. ("LTFL") counsel for Plaintiff Elissa D. Miller, Chapter 7 Trustee ("Plaintiff"), the duly appointed and acting chapter 7 trustee in the bankruptcy case of Mark Abbey Slotkin ("Debtor").

2.    I have personal knowledge of the following facts and if called as a witness I would and could competently testify thereto.

3.    On July 22, 2022, at the direction of the Plaintiff the *Complaint For: (1) Declaratory Relief; (2) Breach of Written Contract; (3) Turnover of Estate Assets; (4) Injunctive Relief; (5) Knowing Violation of the Automatic Stay* (the "Complaint") was filed.

4.    The Complaint names the following parties as defendants: Maverick M. Bailey aka Maverick McFly Bailey and Kat Moss (collectively, "Defendants").

5.    On July 18, 2022, the Court issued a summons requiring Defendants to respond to the Complaint by August 17, 2022 ("Summons").  The Summons, Complaint, Notice of Status Conference in Adversary Proceeding, Adversary Cover Sheet, and [Blank] Form 7016.1 Status Report were served on all of the Defendants by United States Mail on July 22, 2022.

6.    In addition, counsel for Maverick M. Bailey aka Maverick McFly Bailer ("Bailey") was served by United States Mail with the Summons, Complaint, Notice of Status Conference in Adversary Proceedings, Adversary Cover Sheet and [Blank] Form 7016.1 Status Report.

7.    None of the Defendants filed responses to the Complaint.

8.    On September 9, 2022, a request was filed for the clerk to enter default against Defendant, Maverick M. Bailey aka Maverick McFly Bailey, which default was entered on September 13, 2022.  A true and correct copy of the Notice That Clerk Has Entered Default Against Defendant(s) Under Local Bankruptcy Rule 7055-1(a) is attached hereto as **Exhibit 1** and incorporated herein by this reference.

9.    The attorneys of LTFL have incurred legal fees related to the above captioned adversary proceeding and enforcement of the subject lease for the real property located at 13348 Chandler Boulevard, Sherman Oaks, California ("Premises") of $34,105 through November 10, 2022 and it is anticipated that an additional $8,000 will be incurred through December 6, 2022.  Attached hereto as **Exhibit 2** and incorporated herein by this reference is a summary of the services provided by LTFL

///

///

///

4856-0288-5178, V. 1

1  with respect to the breach of the lease of the Premises by Bailey and Bailey's refusal to relinquish

2  control over the Premises.  The attached summary of fees incurred provides a description of the

3  services provided, the task code, the attorney providing the service and the amount of time spent on

4  the service provided.

5          I declare under penalty of perjury under the laws of the United States that the foregoing is

6  true and correct and executed this 15th day of November, 2022 in Sherman Oaks, California.

7

8                                                    ROBYN B. SOKOL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4856-0288-5178, V. 1

# Exhibit 1

| United States Bankruptcy Court<br>Central District of California<br><br>255 East Temple Street, Los Angeles, CA 90012 | | |
|---|---|
| In re:<br>Mark Abbey Slotkin<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:20–bk–12042–BB |
| | CHAPTER NO.:  7 |
| Elissa Miller (TR)<br><br>Plaintiff(s)<br>Versus<br>Maverick M. Bailey<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.:  2:22–ap–01145–BB |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On September 9, 2022, a request was filed for the clerk to enter default against defendant(s) **Maverick M. Bailey aka Maverick McFly Bailey**.

 Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: September 13, 2022

**By: Maria Evangelista**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                    **14 – 10 / ME2**

4

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Elissa Miller (TR) | Maverick M. Bailey<br>Kat Moss<br>Maverick McFly Bailey |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A

# Exhibit 2

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/22/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review Maverick lease and confer with client regarding returned check and late fee that the Estate is entitled to receive. | | T<br>B210 | 0.30 | 625.00 | 187.50 |
| 06/20/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft status conference report for Maverick Bailey | | T<br>B190 | 0.50 | 625.00 | 312.50 |
| 06/22/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review residential real property lease for Bailey | | T<br>B210 | 0.20 | 625.00 | 125.00 |
| 06/25/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from Maverick Bailey regarding lease and termination of same early and respond thereto | | T<br>B210 | 0.20 | 625.00 | 125.00 |
| 06/27/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft response to B. Maverick regarding rent for Chandler. | | T<br>B210 | 0.20 | 625.00 | 125.00 |
| 06/28/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Leave message for Noelle Lesinski and draft email regarding the Chandler property and current sub-tenants and early termination by Maverick Bailey. | | T<br>B210 | 0.20 | 625.00 | 125.00 |

11/14/2022 12:52:54 PM

Page 1 of 17

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/28/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to Maverick Bailey regarding sublease in violation of automatic stay and lease agreement. | | T<br>B210 | 0.40 | 625.00 | 250.00 |
| 06/28/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to Maverick Bailey regarding breach of lease. | | T<br>B210 | 0.40 | 625.00 | 250.00 |
| 06/29/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to Earle Cohen (Maverick's Attorney) regarding breach of the lease. | | T<br>B210 | 0.70 | 625.00 | 437.50 |
| 06/30/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review emails regarding Maverick Bailey and violation of lease and automatic stay | | T<br>B210 | 0.40 | 625.00 | 250.00 |
| 06/30/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Telephone conference with client regarding Chandler sublease issue and breach of contract on part of tenant Maverick Bailey and strategy for moving forward. | | T<br>B210 | 1.10 | 625.00 | 687.50 |

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----|---|---|---|---|---|
| 07/02/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Confer with client regarding Chandler client, subtenant and Maverick Bailey and claims against Bailey for breach of contract and violation of the automatic stay | | T B210 | 0.40 | 625.00 | 250.00 |
| 07/03/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Draft email to Maverick Bailey, his assistant and Noelle Lesinski regarding Chandler premise (.8); draft email to Lisa Kantor regarding rent for July (.1) | | T B210 | 0.90 | 625.00 | 562.50 |
| 07/03/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Review email from Maverick Bailey regarding lease and draft response thereto | | T B210 | 0.30 | 625.00 | 187.50 |
| 07/07/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Review email from Maverick Bailey regarding lease termination and draft response thereto | | T B190 | 0.80 | 625.00 | 500.00 |
| 07/08/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Confer with client regarding Maverick Bailey and complaint and settlement proposal | | T B190 | 0.40 | 625.00 | 250.00 |

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 07/08/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft settlement proposal to Maverick Bailey regarding breach of lease and violation of automatic stay; review and analyze lease and addendum | | T<br>B190 | 1.70 | 625.00 | 1,062.50 |
| 07/08/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Make further revisions to proposed settlement terms regarding Maverick Bailey and breach of lease for Chandler | | T<br>B190 | 0.50 | 625.00 | 312.50 |
| 07/08/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft complaint for breach of contract, violation of the automatic stay, turnover and injunctive relief against Maverick Bailey | | T<br>B190 | 1.80 | 625.00 | 1,125.00 |
| 07/10/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft Complaint against Maverick and others for violation of automatic stay, breach of contract, declaratory relief, turnover and order restricting Maverick from entering premises and damages | | T<br>B190 | 0.60 | 625.00 | 375.00 |
| 07/10/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to Kantor regarding Maverick threats and refusal to turnover Kantor security deposit. | | T<br>B210 | 0.20 | 625.00 | 125.00 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/11/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft complaint against Bailey for breach of lease, violation of the automatic stay and turnover of real property | | T<br>B190 | 1.10 | 625.00 | 687.50 |
| 07/11/2022 | SMP | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review of emails from R. Sokol relating to the adversary suit against M. Bailey; started to collect exhibits to complaint/documents for use in the adversary proceeding; review of service addresses. | | T<br>B190 | 0.40 | 230.00 | 92.00 |
| 07/11/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft complaint against Maverick for breach of contract, turnover, violation of automatic stay and declaratory relief | | T<br>B190 | 1.60 | 625.00 | 1,000.00 |
| 07/12/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft complaint against Maverick Bailey | | T<br>B190 | 5.30 | 625.00 | 3,312.50 |
| 07/12/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review and revise complaint against Maverick Bailey and Karen Moss | | T<br>B190 | 0.30 | 625.00 | 187.50 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|---------------|-----------|-------|-------|-------|
| 07/12/2022 | SMP | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Performed internet research relating to M. Bailey's assistant, Kat, for use in the new adversary proceeding. | | T<br>B190 | 0.60 | 230.00 | 138.00 |
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review and revise complaint against Maverick Bailey and Kat Moss | | T<br>B190 | 2.10 | 625.00 | 1,312.50 |
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Telephone conference with counsel for Maverick Bailey | | T<br>B190 | 0.50 | 625.00 | 312.50 |
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Further revisions to complaint against Bailey | | T<br>B190 | 1.50 | 625.00 | 937.50 |
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Work on complaint against Maverick | | T<br>B190 | 1.10 | 625.00 | 687.50 |
| 07/13/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review and revise complaint against Maverick M. Bailey | | T<br>B190 | 0.80 | 625.00 | 500.00 |

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|----------------------------------------------------------|---------------|------------------------|-------|-------|-------|
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Confer with client regarding Savannah Slotkin deposition and Maverick complaint | | T<br>B190 | 0.80 | 625.00 | 500.00 |
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Further review of complaint against Maverick | | T<br>B190 | 0.30 | 625.00 | 187.50 |
| 07/13/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft settlement proposal to counsel for Maverick | | T<br>B190 | 0.60 | 625.00 | 375.00 |
| 07/14/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to Maverick Bailey's counsel regarding stipulating to preliminary injunction until matter is resolved | | T<br>B190 | 0.40 | 625.00 | 250.00 |
| 07/15/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Confer with client regarding strategy for proceeding against Maverick Bailey and obtaining a TRO | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 07/15/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Telephone conference with counsel for Maverick Bailey regarding stipulating to preliminary injunction | | T<br>B210 | 0.30 | 625.00 | 187.50 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|-------|-------|-------|-------|-------|-------|
| 07/15/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in<br>case of Mark Abbey Slotkin.<br>Draft email to counsel for Bailey<br>regarding lease | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 07/15/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in<br>case of Mark Abbey Slotkin.<br>Make further revisions to stipulated<br>temporary restraining order based upon<br>discussions with Maverick Bailey's<br>counsel and client | | T<br>B190 | 0.30 | 625.00 | 187.50 |
| 07/15/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in<br>case of Mark Abbey Slotkin.<br>Draft email to Bailey counsel regarding<br>executed stipulation | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 07/18/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in<br>case of Mark Abbey Slotkin.<br>Draft email to Bailey's counsel regarding<br>stipulation being fully executed and<br>Spectrum invoice for July 2022. | | T<br>B210 | 0.10 | 625.00 | 62.50 |
| 07/18/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in<br>case of Mark Abbey Slotkin.<br>Finalize stipulation and order regarding<br>TRO for Maverick Bailey | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 07/19/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in<br>case of Mark Abbey Slotkin.<br>Review summons issued in Miller v.<br>Bailey matter | | T<br>B190 | 0.10 | 625.00 | 62.50 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 07/19/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft settlement proposal to Maverick Bailey | | T<br>B190 | 1.10 | 625.00 | 687.50 |
| 07/21/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review settlement counter offer from Maverick Bailey | | T<br>B190 | 0.30 | 625.00 | 187.50 |
| 07/21/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to counsel for Bailey regarding inspection of premises | | T<br>B190 | 0.50 | 625.00 | 312.50 |
| 07/24/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to counsel for Maverick regarding his assertion that property of the Debtor is his property. | | T<br>B190 | 0.70 | 625.00 | 437.50 |
| 07/24/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft response and counter offer to counter offer provided by Maverick Bailey. | | T<br>B190 | 0.30 | 625.00 | 187.50 |
| 07/25/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to Bailey's counsel regarding security deposit return to Kantor | | T<br>B210 | 0.10 | 625.00 | 62.50 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------------|---------------|-----------------------|-------|-------|-------|
| 07/25/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Visit 13348 Chandler Blvd. and meet with representative of Maverick Bailey and inspect property. | | T<br>B210 | 1.60 | 625.00 | 1,000.00 |
| 07/25/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Finalize email to counsel for Bailey regarding "personal Property" list provided by Bailey | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 07/25/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review letter from disgruntled subtenant to Bailey demanding deposit back | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 07/26/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft email to counsel for Bailey regarding alleged personal property and walk through of Chandler premises | | T<br>B190 | 1.00 | 625.00 | 625.00 |
| 07/29/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from counsel for Bailey regarding Bailey's alleged personal property | | T<br>B210 | 0.20 | 625.00 | 125.00 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|---------------|------------------------|-------|-------|-------|
| 07/29/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from A. Kuredijan regarding Maverick Bailey's alleged personal property that he claims to have purchased from Slotkin after entry of the Summary Judgment Order | | T<br>B190 | 0.10 | 625.00 | 62.50 |
| 08/03/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from Attorney Kuredjian regarding invoices for utilities and personal property locked in closet at Chandler property - Bailey | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 08/09/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from counsel for Maverick Bailey regarding personal property in Chandler that allegedly belongs to Maverick Bailey | | T<br>B130 | 0.30 | 625.00 | 187.50 |
| 08/09/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from Aram Kuredjian regarding personal property located at Chandler belonging to Maverick and respond thereto. | | T<br>B130 | 0.80 | 625.00 | 500.00 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|-------------------------------------------------|---------------|------------------------|-------|-------|-------|
| 08/10/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Confer with client regarding personal property located at Chandler and visit to Chandler with Maverick Bailey (3 times) | | T<br>B130 | 0.60 | 625.00 | 375.00 |
| 08/10/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review and respond to emails from counsel for Bailey regarding Bailey's failure to timely make meeting to pick up his personal property. | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 08/10/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from client regarding evicting tenants from Chandler and respond thereto - Bailey | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 08/11/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review and respond to email from Noelle Lesinski regarding return of Ms. Kantor's security deposit that is in the possession of Mr. Bailey. | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 08/18/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review Summons in Miller v. Bailey adversary regarding date by which response is due and review settlement offer | | T<br>B190 | 0.10 | 625.00 | 62.50 |

11/14/2022 12:52:54 PM

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 08/18/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Confer with Trustee regarding Miller v. Bailey matter | | T<br>B130 | 0.20 | 625.00 | 125.00 |
| 08/18/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review file regarding pending adversary proceeding entitled Miller v. Bailey and service of summons and stipulation for injunctive relief | | T<br>B190 | 0.40 | 625.00 | 250.00 |
| 08/22/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review settlement offer from Bailey's attorney and respond thereto | | T<br>B190 | 0.30 | 625.00 | 187.50 |
| 08/30/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from counsel for Maverick Bailey regarding firms withdrawal as counsel and respond thereto | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| 08/30/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review stipulation with Bailey regarding preliminary injunction and see if attorney executed the document | | T<br>B190 | 0.20 | 625.00 | 125.00 |

11/14/2022 12:52:54 PM

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 08/30/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review email from Maverick Bailey's former counsel regarding address for Bailey and respond thereto. | | T<br>B190 | 0.10 | 625.00 | 62.50 |
| 09/06/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft notice of default against Maverick Bailey and draft declaration in support of entry of default | | T<br>B190 | 1.00 | 625.00 | 625.00 |
| 09/11/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Draft joint status conference report for adversary proceeding against  Maverick Bailey and Kat Moss and send email to defendants regarding same | | T<br>B190 | 0.80 | 625.00 | 500.00 |
| 09/25/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Review tentative ruling for Miller v. Bailey | | T<br>B190 | 0.10 | 625.00 | 62.50 |
| 09/27/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Prepare for and attend hearing on Miller v. Bailey | | T<br>B190 | 0.70 | 625.00 | 437.50 |
| 09/27/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Conference with R. Sokol re:  Maverick default judgment | | T<br>B190 | 0.20 | 625.00 | 125.00 |

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|--------------------|-------|-------|-------|
| 09/28/2022 | DAM | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Review complaint, default and other documents in preparation of request for entry of default judgment against Maverick Bailey | | T B190 | 1.00 | 625.00 | 625.00 |
| 10/03/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Review returned documents and alter service address for Maverick Bailey | | T B190 | 0.20 | 625.00 | 125.00 |
| 10/17/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Confer with client regarding DWP bill that was not paid by Maverick Bailey in excess of $16,000 | | T B190 | 0.20 | 625.00 | 125.00 |
| 10/17/2022 | RBS | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Telephone conference with Noelle Lesinski regarding  Maverick and utility bill | | T B190 | 0.20 | 625.00 | 125.00 |
| 10/20/2022 | DAM | 20958-000/ Miller, Elissa D. Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin. Prepare motion for default judgment (Maverick Bailey) | | T B190 | 1.00 | 625.00 | 625.00 |

# Leech Tishman Fuscaldo & Lampl, LLC

# Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 10/20/2022 | RBS | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Conduct research regarding Maverick Bailey and whether he is currently in the military for Motion for default judgment and work on motion for default judgment | | T<br>B190 | 0.40 | 625.00 | 250.00 |
| 10/25/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Further research re: default judgment issues for declaratory relief and damages (Maverick Bailey) | | T<br>B190 | 1.40 | 625.00 | 875.00 |
| 10/26/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Further preparation of memorandum of points and authorities in support of default judgment (Maverick Bailey) | | T<br>B190 | 2.00 | 625.00 | 1,250.00 |
| 10/26/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Research re: damages for breach of lease and civil contempt damages (Maverick Bailey adversary) | | T<br>B190 | 0.60 | 625.00 | 375.00 |
| 11/08/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Further preparation and revision of memorandum of points and authorities and declarations in support of motion for default judgment (Maverick Bailey) | | T<br>B190 | 2.40 | 625.00 | 1,500.00 |

fees matter id = '20958-000' where narrative contains 'maverick' or 'bailey'

# Leech Tishman Fuscaldo & Lampl, LLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|---------------|------------------------|-------|-------|-------|
| 11/10/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Conduct military search re:  entry of default judgment against Maverick Bailey | | T<br>B190 | 0.30 | 625.00 | 187.50 |
| 11/10/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Revise memorandum of points and authorities and declarations in support of entry of default judgment against Maverick Bailey | | T<br>B190 | 1.00 | 625.00 | 625.00 |
| 11/10/2022 | DAM | 20958-000/ Miller, Elissa D.<br>Representation of Chapter 7 Trustee in case of Mark Abbey Slotkin.<br>Email correspondence to R. Sokol re: default judgment package for Maverick Bailey | | T<br>B190 | 0.20 | 625.00 | 125.00 |
| | | | | **Grand Total:** | 55.20 | | $34,105.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**200 S. Los Robles Avenue, Suite 300, Pasadena, CA 91101.**

A true and correct copy of the foregoing document entitled: **DECLARATION OF ROBYN B. SOKOL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 7055-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **November 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elissa Miller (TR)**   CA71@ecfcbis.com,
  MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Robyn B Sokol**   rsokol@leechtishman.com,
  rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;kgutierrez@leechtishman.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **November 15, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Aram Kuredjian, Esq.
ESTELLE & KENNEDY
A Professional Law Corporation
606 S. Olive St., Ste. 1140
Los Angeles, CA 90014

Maverick Bailey
Kat Moss
22940 Erwin Street
Woodland Hills, CA 93167

Maverick M. Bailey
Kat Moss
23055 Sherman Way, #4551
West Hills, CA 91308

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(date)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2022 | Lydia Moya | /s/ Lydia Moya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4887-5318-1994, v. 1

**F 9013-3.1.PROOF.SERVICE**