| | FOR COURT USE ONLY |
|---|---|
| ☒ Recording requested by a return to:<br>Robyn B. Sokol<br>Dennette A. Mulvaney<br>LEECH TISHMAN FUSCALDO & LAMPL, INC.<br>200 S. Los Robles Avenue, Suite 300<br>Pasadena, CA 91101 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: MARK ABBEY SLOTKIN,<br>Debtor | CASE NUMBER   2:20-bk-12042-BB<br>ADVERSARY NUMBER   2:22-ap-01145-BB |
| ELISSA D. MILLER, CHAPTER 7 TRUSTEE,<br>Plaintiff<br>vs.<br>MAVERICK M. BAILEY aka MAVERICK MCFLY BAILEY<br>Defendant | **ABSTRACT OF<br>JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address    Maverick Bailey, aka Maverick McFly Bailey

   23055 Sherman Way , #4551, West Hills, CA 91308 AND

   22940 Erwin Street, Woodland Hills, CA 93167

   ☐ Address Unknown

   b. Driver's License No. _____    ☒ Unknown

   c. Social Security No. _____    ☒ Unknown

2. The Summons was personally served at, or mail to (address):
   23033 Sherman Way, Unit 4581    23055 Sherman Way, #4451    22940 Erwin Street
   West Hills, CA 9130-7033    West Hills, CA 91308    West Hills, CA 93167

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: February 1, 2023            _____
   (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re                    (SHORT TITLE)<br>MARK ABBEY SLOTKIN,<br>Debtor(s). | CHAPTER  7<br>ADVERSARY NO.: 2:22-ap-01145-BB |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on December 12, 2022,

in favor of  Elissa D. Miller, Chapter 7 Trustee  and against  Maverick Bailey aka Maverick McFly Bailey

for  $ 64,337.66  Principal,

$ 0.00  Interest,

$ 0.00  Attorney's Fees, and

$ 0.00  Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this  February 3, 2023  (SEAL)  day of  KATHLEEN J. CAMPBELL.

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Buck Tom

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*